# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY



CLARKSON S. FISHER U.S. COURTHOUSE
402 EAST STATE STREET,  ROOM 4050
TRENTON, NJ  08608
(609)989-2009

CHAMBERS OF
GARRETT E. BROWN, JR.
CHIEF JUDGE

May 10, 2007

George Reynolds, Chief
Financial Disclosure Office
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C.  20544

Dear Mr. Reynolds:

I would like to amend my AO-10 Financial Disclosure Forms for 2001-2005 as follows:

For perhaps 40 years, I have had a $50,000 Prudential Whole Life Policy.  I have periodically received small policy dividends.  However, I have learned that Prudential de-mutualized on 12/18/01 and issued stock to policy holders.  Thus, the policy dividend checks apparently became stock dividends and, as a policy holder, I apparently became a shareholder in Prudential Financial as well.  I promptly sold the stock on 1/29/07 but have retained the life insurance policy.

Based upon informaton obtained from Prudential Financial on 1/29/07, I think that my AO-10 Financial Forms for 2001-2050 should be amended by adding stock in Prudential Financial income value code A-DIV, value code J for all years but '05 and K for that year, value method code T.  I would also add the Prudential Life Insurance Policy for those years income code None, value code K, method code W.

Very truly yours,



RETT E. BROWN, JR.
Chief Judge

GEB:sko

| AO 10<br>Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2006 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>BROWN, JR., GARRETT E | 2. Court or Organization<br><br>UNITED STATES DISTRICT COURT | 3. Date of Report<br><br>5/10/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>CHIEF JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>CLARKSON S. FISHER COURTHOUSE<br>402 E. STATE STREET<br>TRENTON, NEW JERSEY 08608 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. ADJUNCT PROFESSOR | SETON HALL UNIVERSITY SCHOOL OF LAW |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2007 MAY 14 A 11:09 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| BROWN, JR., GARRETT E | 5/10/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | SETON HALL UNIVERSITY SCHOOL OF LAW | $ 23,500 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | ▆▆▆▆▆▆▆▆▆ |
| 2. 2006 | ▆▆▆▆▆▆▆▆▆ |
| 3. 2006 | ▆▆▆▆▆▆ |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS *— transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | N.Y. INTELLECTUAL PROPERTY LAW ASSOCIATION | FOOD AND LODGING FOR 3/24/06 MEETING IN N.Y.C. |
| 2. | SETON HALL SCHOOL OF LAW | TRAVEL, FOOD AND LODGING - ADJUNCT PROFESSOR, CAIRO, EGYPT PROGRAM 6/1 - 7/21/06 |
| 3. | SETON HALL SCHOOL OF LAW | TRAVEL EXPENSES AS ADJUNCT PROFESSOR - NEWARK, N.J. 1/18 - 4/26 AND 8/23 - 11/29/06 |
| 4. | AMERICAN LAW INSTITUTE, ABA (ALI-ABA) | TRAVEL, FOOD AND LODGING AS PRESENTER/PANELIST, TRIAL OF A PATENT CASE, CHICAGO, ILL. 9/27-9/29/06 |

| Name of Person Reporting | Date of Report |
|---|---|
| BROWN, JR., GARRETT E | 5/10/2007 |

5.    IQPC (INTL. QUALITY & PRODUCTIVITY CENTER)    TRAVEL, FOOD AND LODGING AS PRESENTER/PANELIST PATENT LAW PROGRAM, SAN FRANCISCO, CA. 10/22 -25/06

| Name of Person Reporting | Date of Report |
|---|---|
| BROWN, JR., GARRETT E | 5/10/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | CHASE BANK | LINE OF CREDIT | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BROWN, JR., GARRETT E | 5/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank Acct. PNC Bank Moorestown, N.J. | A | Int./Div. | J | T | | | | | |
| 2. MSDW Liquid Asset Fund | A | Int./Div. | J | T | | | | | |
| 3. MSDW U.S. Govt. Secur. (IRA) | B | Dividend | K | T | | | | | |
| 4. MSDW Dividend Growth Secur. Trust B (IRA) | D | Dividend | K | T | Partial Sale | 12/22 | J | A | |
| 5. MSDW Utilities Fund B (IRA) | A | Dividend | K | T | | | | | |
| 6. MSDW U.S. Govt. Secur. (IRA) | B | Dividend | K | T | Partial Sale | 12/22 | J | A | |
| 7. MSDW Liquid Assets Fund (IRA) | A | Int./Div. | J | T | | | | | |
| 8. MSDW Dividend Growth | B | Dividend | J | T | | | | | |
| 9. MSDW European Growth (IRA) | A | Dividend | J | T | | | | | |
| 10. MSDW High Yield (IRA) | A | Dividend | J | T | Partial Sale | 12/22 | J | A | |
| 11. MSDW Amer. Opportunity Fund (IRA) | | None | K | T | | | | | |
| 12. Prudential Financial Common Stock | A | Dividend | K | T | | | | | |
| 13. Prudential Insurance - Whole Life Policy | | None | K | T | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BROWN, JR., GARRETT E | 5/10/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
| --- | --- |
| BROWN, JR., GARRETT E | 5/10/2007 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Sign                                Date _May 19 2007_

HO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
S (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544